IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SAMURAI GLOBAL, LLC, | § |
| | § |
| Plaintiff, | § |
| | § Civil Action No. 3:20-CV-3718-D |
| VS. | § |
| | § |
| LANDMARK AMERICAN | § |
| INSURANCE COMPANY, | § |
| | § |
| Defendant. | § |

MEMORANDUM OPINION
AND ORDER

Defendant Landmark American Insurance Company ("Landmark") moves for an order to show cause and/or for an order requiring compliance with the court's order compelling discovery from plaintiff Samurai Global, LLC ("Samurai"). The court grants Landmark's motion as set out below.[1]

I

In a February 23, 2023 memorandum opinion and order, the court compelled Samurai to produce several documents that had been improperly withheld during the course of discovery and denied Samurai's motion for protective order.[2]  Samurai has failed to fully

---

[1]Under § 205(a)(5) of the E-Government Act of 2002 and the definition of "written opinion" adopted by the Judicial Conference of the United States, this is a "written opinion[] issued by the court" because it "sets forth a reasoned explanation for [the] court's decision." It has been written, however, primarily for the parties, to decide issues presented in this case, and not for publication in an official reporter, and should be understood accordingly.

[2]*Samurai Glob., LLC v. Landmark Am. Ins. Co.*, 2023 WL 2190190, at *4 (N.D. Tex. Feb. 23, 2023) (Fitzwater, J.).

comply with the court's memorandum opinion and order. Although Samurai has produced some responsive emails, it has neither provided copies of any attachments referenced in the emails nor produced these emails in their native format. And although purchase/sale contracts produced by Samurai refer to an attached "Property Condition Statement," Samurai has failed to produce a copy of this statement. Samurai has also failed to produce a fully executed copy of a document purportedly entitled "Declaration of Covenants, Conditions and Restrictions for Southwind Townhomes," which Samurai allegedly filed and recorded with the Dallas County official public records, and a draft copy of this declaration, which is specifically referenced in emails Samurai has produced. As discussed more fully in the February 23, 2023 memorandum opinion and order, these documents are responsive and discoverable and were ordered produced.

II

Accordingly, the court grants Landmark's motion as follows. Within 14 days of the date this memorandum opinion and order is filed, Samurai must fully comply with the court's February 23, 2023 memorandum opinion and order granting Landmark's motion to compel and denying Samurai's motion for protective order, or it must file with the clerk of court a document that shows that it has already fully complied.

**SO ORDERED**.

June 20, 2023.

                                                    SIDNEY A. FITZWATER
                                                    SENIOR JUDGE